# In the United States Court of Federal Claims

Case No. 06-263C
(Filed: June 2, 2006)

****************************************************
SPICER LIVING CENTER, a *
Minnesota Partnership, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The parties' **Joint Motion for a Stay of Proceedings** filed June 1, 2006, in the above-captioned case is hereby **GRANTED**. This case is **stayed until further notice** while it remains in the Court's Alternative Dispute Resolution pilot program, under Judge Horn's direction.

The parties shall file a Joint Status Report every two months updating the Court as to the progress of the representative cases, or of other of the related cases. **The first Joint Status Report is due no later than August 1, 2006.**

**The parties shall also file a Joint Notice to Proceed no later than thirty (30) days after a dispositive ruling in any of the related cases.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge